## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| **IN RE:  YASMIN AND YAZ (DROSPIRENONE)** ) | **3:09-md-02100-DRH-PMF** |
| **MARKETING, SALES PRACTICES AND** ) | |
| **PRODUCTS LIABILITY LITIGATION** ) | **MDL No. 2100** |
| ) | |

**This Document Relates To:**

| | |
|---|---|
| *Heather Sharma v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10773-DRH-PMF |
| *Ashley Ann Gregson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10551-DRH-PMF |
| *Claire Bowlan-Whetstone, et al. v. Bayer Pharma AG, et al.* | No. 3:12-cv-10087-DRH-PMF |
| *Brenda Goad, et al. v. Bayer Pharma AG, et al.* | No. 3:12-cv-11384-DRH-PMF |
| *Bree Lawson v. Bayer Corporation, et al.* | No. 3:11-cv-10716-DRH-PMF |
| *Lisa Warren v. Bayer Corporation, et al.* | No. 3:10-cv-11565-DRH-PMF |
| *Shawn Bradley v. Bayer Corporation, et al.* | No. 3:09-cv-10028-DRH-PMF |
| *Jessica Hollingsworth v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-11067-DRH-PMF |
| *Shenita McAlister v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-13345-DRH-PMF |
| *Kimberly McGinnis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-13337-DRH-PMF |
| *Keri Williams v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-11063-DRH-PMF |

## <u>JUDGMENT IN A CIVIL CASE</u>

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations and/or Orders of Dismissal filed to date, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

BY:   /s/*Caitlin Fischer*
**Deputy Clerk**

Digitally signed by
Judge David R.
Herndon
Date: 2016.06.17
16:38:54 -05'00'

APPROVED:

DISTRICT JUDGE
U. S. DISTRICT COURT